UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Paul H. Feldman,<br>Martin L. Perry,<br><br>              Plaintiffs,<br><br>    v.<br><br>Law Enforcement Associates Corporation,<br>Anthony Rand, James J. Lindsay, Joseph A.<br>Jordan, John H. Carrington, Paul Briggs<br><br><br><br>              Defendants. | **JUDGMENT**<br><br>No. 5:10-CV-8-BR |

**Decision by Court.**

This matter is before Senior United States District Judge W. Earl Britt on the 23 January 2013 motion for summary judgment filed by defendants Law Enforcement Associates Corporation ("LEA"), Anthony Rand ("Rand"), James J. Lindsay ("Lindsay"), Joseph A. Jordan ("Jordan") and Paul Briggs ("Briggs").1 (DE # 92.) Also before the court is the 11 February 2013 motion filed by plaintiffs Paul H. Feldman ("Feldman") and Martin L. Perry ("Perry")2 to continue the trial and plaintiffs' 13 February 2013 motion for leave to file a separate statement of material facts in conjunction with their opposition to defendants' motion for summary judgment. (DE ## 95, 97.)

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs' motion for leave to file a separate statement of material facts in conjunction with their opposition to defendants' motion for summary judgment (DE # 97) is GRANTED. Defendants' motion for summary judgment (DE # 92) is GRANTED. Plaintiffs' motion to continue the trial (DE # 95) is DENIED AS MOOT. LEA's counterclaim against plaintiffs is DISMISSED WITHOUT PREJUDICE. The Clerk is directed to enter judgment in favor of defendants and close the case.

**This judgment filed and entered on June 28, 2013, and served on:**

R. Scott Oswald (via via CM/ECF Notice of Electronic Filing)
John T. Harrington (via CM/ECF Notice of Electronic Filing)
Michael C. Byrne (via CM/ECF Notice of Electronic Filing)

Amy Jenkins (via CM/ECF Notice of Electronic Filing)
Tracey R. Downs (via CM/ECF Notice of Electronic Filing)

June 28, 2013                                     /s/ Julie A. Richards,
                                                        Clerk of Court